UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARMEN JONES, M.D., | |
| Plaintiff, | Case No. 2:13-cv-00996-GMN-CWH |
| vs. | **ORDER** |
| STATE OF NEVADA BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

This matter is before the Court on Bradley Van Ry's Response to the Order to Show Cause (#19), filed on January 29, 2014. On January 13, 2014, the Court issued an Order denying the parties' Proposed Discovery Plan and Scheduling Order (#15). *See* Order #16. In doing so, the Court noted that the parties failed to comply with Local Rules ("LR") 26-1 and 26-4. Accordingly, the Court ordered all counsel of record, including Bradley Van Ry, to submit a notice to the court by January 23, 2014 certifying that they have reviewed the corrections listed in the order in addition to LR 26-1. Bradley Van Ry failed to comply with the Court's Order. Accordingly, the Court issued an Order to Show Cause why Bradley Van Ry should not be sanctioned.

After careful review of the response brief and certification that Bradley Van Ry has reviewed the corrections, LR 26-1, and LR 26-4, the Court finds that no sanctions are warranted at this time. Bradley Van Ry is listed as "LEAD ATTORNEY" on the docket, but the Court notes that he has not filed a notice of appearance or signed any of the pleadings for Defendant. Additionally, he promptly responded to the Court's Order to Show Cause and submitted a certification.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a

1  recommendation for civil contempt, shall not be imposed on Bradley Van Ry for his failure to
2  comply with a court order in violation of Federal Rule of Civil Procedure 16(f) and Local Rule
3  IA 4-1.
4      DATED this 30th day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**